| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § § § | CASE NO. 4:11cr127 Judge Crone |
| KEVIN HARDEN (8) | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 1, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's *pro se* "Motion for Injunction Relief Pending Appeal" (Dkt. #384) be denied.

The Court, having made a *de novo* review of Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's *pro se* "Motion for Injunction Relief Pending Appeal" (Dkt. #384) is **DENIED**.

SIGNED at Beaumont, Texas, this 22nd day of August, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE