| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 4:11cr127 |
| | § | Judge Crone |
| KEVIN HARDEN (8) | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 8, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's *pro se* "Notice of Petition to Dismiss for Lack of Standing, Lack of Personal and Subject-Matter Jurisdiction of the United States District Court Over Territory of a Foreign State and a State Citizen Domisiled [sic] in a Foreign State and the United States of America to Have Jurisdiction Over a Citizen of a Foreign State With No Nexus With the United States of America" (Dkt. #405) be denied.

The Court, having made a *de novo* review of Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's "Notice of Petition to Dismiss for Lack of Standing, Lack of Personal and Subject-Matter Jurisdiction of the United States District Court Over Territory of a Foreign State and a State Citizen Domisiled [sic] in a Foreign State and the United States of America

to Have Jurisdiction Over a Citizen of a Foreign State With No Nexus With the United States of America" (Dkt. #405) is **DENIED**.

SIGNED at Beaumont, Texas, this 22nd day of August, 2012.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE