| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:11-CR-127 |
| | § | |
| KEVIN HARDEN (8) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On August 16, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendation that the Defendant's *pro se* Motion to Dismiss for Violation of Speedy Trial (Dkt. #440) should be denied.

The Court, having made a *de novo* review of Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that the Defendant's *pro se* Motion to Dismiss for Violation of Speedy Trial (Dkt. #440) is **DENIED.**

SIGNED at Beaumont, Texas, this 29th day of October, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE